IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL MELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-00109 |
| ) | JURY DEMAND |
| PAUL V. PURCELL, ELIZABETH PAAR, as ) | |
| GUARDIAN OF PAUL V. PURCELL, and ) | Judge Richardson |
| MADISON CONTRACT CARRIERS, LLC, ) | Magistrate Judge Frensley |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel that the above styled matter is voluntarily dismissed, with prejudice, in its entirety, including but not limited to, all claims against the Defendants, Paul V. Purcell, Elizabeth Paar as Guardian of Paul V. Purcell, and Madison Contract Carriers, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree that they should be responsible for their own fees, costs, and expenses.

Respectfully submitted,

/s/ Brandi D. Randesi
KENNETH R. SHUTTLEWORTH (#8870)
BRANDI D. RANDESI (#29123)
*Shuttleworth PLLC*
L&C Tower
401 Church Street, Suite 2700
Nashville, TN 37219
(615) 833-3390
**Attorneys for Defendants**

/s/ Henry S. Queener  
HENRY S. QUEENER (#21249)  
NANCY R. STEER (#33562)  
*Queener Law*  
213 5th Avenue North, Suite 200  
Nashville, TN 37219  
(615)933-9000  
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on this the 19th day of December, 2019, using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system:

Henry S. Queener  
Nancy R. Steer  
*Queener Law*  
213 5th Avenue North, Suite 200  
Nashville, TN 37219  
**Attorneys for Plaintiff**

/s/ Brandi D. Randesi
